

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00473-CV

**ATLAS TOWING AND STORAGE, LLC**,
Appellant

v.

**OTR LEASING, LLC**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 2020CV00757
Honorable Gloria Saldana, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). It is ORDERED that appellee recover its costs on appeal from appellant. *See* TEX. R. APP. P. 43.4.

SIGNED January 20, 2021.

_____
Irene Rios, Justice